## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>                      Liquidating Debtor. | Chapter 11<br><br>Case No. 17-30112 |
| Vanity Shop of Grand Forks, Inc.,<br>                      Plaintiff,<br><br>vs.<br><br>E.L.I.S. LLC; and Rosenthal & Rosenthal, Inc.,<br><br>                      Defendant. | Adv. No. 19-07023 |

### NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: June 27, 2019

**ASK LLP**

By: */s/ Gary D. Underdahl*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Gary D. Underdahl, Esq., MN SBN 0301693
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
Email: gunderdahl@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiff, Vanity Shop of Grand Forks, Inc.*