## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Liquidating Debtor. | Chapter 11<br><br>Case No. 17-30112 |
| Vanity Shop of Grand Forks, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>E.L.I.S. LLC; and Rosenthal & Rosenthal, Inc.,<br><br>Defendant. | Adv. No. 19-07023 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on June 27, 2019, by:

X Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Defendants
Isaac Hadriye, Owner
E.L.I.S. LLC
28 West 36th Street, Suite 305
New York, NY 10018

Peter Rosenthal, CEO
Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY 10018

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 27, 2019

*/s/ Jean Esslinger*
Jean Esslinger
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121